UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, Plaintiff, | : : : : | Case No. 1:18-cv-36 |
| | | Judge Timothy S. Black |
| vs. | : : : | Magistrate Judge Karen L. Litkovitz |
| LORIN K. BUCKNER, *et al.*, Defendants. | : : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)
AND TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on January 24, 2018, submitted a Report and Recommendation. (Doc. 7). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 7) is **ADOPTED**;
2. This case is **REMANDED** to the state court from which it was removed;
3. The parties shall bear their own costs and fees;

4. Pursuant to 28 U.S.C. § 1915(a), an appeal of this Order would not be taken in good faith. Accordingly, Mr. Buckner is denied leave to appeal *in forma pauperis*. Mr. Buckner remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

5. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 5/10/18

Timothy S. Black
United States District Judge